IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERCED JASSO,

    Plaintiff,

v.                                                          No. 2:22-cv-00385-GBW-KRS

PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Defendant.

## ORDER STAYING PROCEEDINGS

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Stay Proceedings and the Court having been fully advised in the premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Stay Proceedings is GRANTED, and all deadlines and proceedings are stayed for sixty (60) days from the date of this order.

THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE COURT JUDGE

Respectfully submitted by:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Progressive*


Approved:

**FLORES, TAWNEY & ACOSTA P.C.**

*/s/ James D. Tawney (via email 5/18/22)*
James D. Tawney
Christal M. Roethlein
1485 N. Main St., Suite B
Las Cruces, NM  88001
(575) 222-1000
jtawney@ftalawfirm.com
croethlein@ftalawfirm.com
*Attorneys for Plaintiff*