IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERCED JASSO,

    Plaintiff,

v.                                                                                  No. 2:22-cv-00385-KG-KRS

PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME TO SUBMIT CLOSING DOCUMENTS

This matter having come before the court on the Parties' Joint Motion for Extension of Time to Submit Closing Documents, the Court, having reviewed the Motion and being advised in the premises, finds that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that closing documents are to be submitted to the presiding judge within 30 days of this Order.

_____
**HON. KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Defendant*

Approved:

**FLORES, TAWNEY & ACOSTA P.C.**

*/s/ Christal M. Roethlein (via email 2/16/23)*
James D. Tawney
Christal M. Roethlein
1485 N. Main St., Suite B
Las Cruces, NM  88001
(575) 222-1000
jtawney@ftalawfirm.com
croethlein@ftalawfirm.com
*Attorneys for Plaintiff*