**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MERCED JASSO,

      Plaintiff,

v.                                        No. 2:22-cv-00385-KG-KRS

PROGRESSIVE NORTHERN INSURANCE COMPANY,

      Defendant.

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

Plaintiff and Defendant have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case.  The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties.  These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.     *Plaintiff's Original Complaint* filed on 4/12/22 in the Third Judicial District, County of Dona Ana, State of New Mexico and removed to this Court on May 18, 2022 is dismissed with prejudice.

2.      Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3.      The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

_/s/ Courtenay L. Keller_____
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Defendant*

Approved:

**FLORES, TAWNEY & ACOSTA P.C.**

_/s/ Christal M. Roethlein (via email 3/2/23)_
James D. Tawney
Christal M. Roethlein
1485 N. Main St., Suite B
Las Cruces, NM  88001
(575) 222-1000
jtawney@ftalawfirm.com
croethlein@ftalawfirm.com
*Attorneys for Plaintiff*